United States Bankruptcy Court
District of New Mexico

In re
Wilson, Tabitha Allegra                                    Case No. _____
                    Debtor(s)

**SIGNATURE PAGE: DECLARATION BY DEBTOR**

> Check **all that apply:**
>
> ☒ **Petition:** I declare under penalty of perjury that the information provided in the petition is true and correct.
>
> ☒ **Summary of Schedules with Statistical Summary of Certain Liabilities (Form B6):** I declare under penalty of perjury that I have read the Summary of Schedules including Statistical Summary of Certain Liabilities (Form B6) and that they are true and correct to the best of my knowledge and belief.
>
> ☒ **Schedules (Form B 6A - B 6J):** I declare under penalty of perjury that I have read the Schedules and that they are true and correct to the best of my knowledge and belief.
>
> ☒ **Statement of Financial Affairs:** I declare under penalty of perjury that I have read the answers contained in the statement of financial affairs and any attachments thereto, and that they are true and correct.
>
> ☒ **Statement of Intention (Official Form 8):** I declare under penalty of perjury that the Statement of Intention indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.
>
> ☒ **Statement of Current Monthly Income and Means Test Calculation - Ch 7 Only (Form B 22 A), or Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income – Ch 13 Only (Form B 22C), or Chapter 11 Statement of Current Monthly Income - Ch 11 Individual Debtor (Form B22B):** I declare under penalty of perjury that the information provided in the statement is true and correct.

My attorney has assured me that he or she understands that failure to file an electronic version of this declaration which shows my signature1 at the same time the petition is filed may result in no case having been commenced and the electronic file will be closed. Unless otherwise ordered by the Court, any filing fee paid will not be refunded.

I request relief in accordance with the chapter of title 11, United States Code, specified in the petition.

---

[1]New Mexico Local Rules on Signatures: NM LBR 5005-4.2 & 4.3, NM LBR 9011-4

Page 1 of 2
Case 14-12626-j7   Doc 2   Filed 09/01/14   Entered 09/01/14 12:40:18   Page 1 of 2    NM LF 902

Check box if appropriate:

☑ *[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.*

_____TAULIXSON_____
Signature of debtor

_____2/12/14_____
Date

_____
Signature of joint debtor

_____
Date

☐ *[If petitioner is not an individual] I declare under penalty of perjury that I have been authorized to file this petition on behalf of the debtor.*

_____
Signature of authorized individual

_____
Printed name of authorized individual

_____
Title of authorized individual

_____
Date