United States Bankruptcy Court
District of New Mexico

In re    Wilson, Tabitha Allegra

    Debtor.                                    Case No.

STATEMENT DISCLOSING
NON-FILING SPOUSE, PURSUANT TO NM LBR 1002-1(a)(2)

Pursuant to New Mexico Local Bankruptcy Rule 1002-1(a)(2), I state that I have a non-filing spouse, whose name is **Wilson, Dustin J.**

To the best of my knowledge, information and belief, the last four digits of my spouse's social security number are **1801** and my spouse's mailing address is:

**183 W. Blevins Rd, Artesia, NM 88210**

I declare under penalty of perjury that the information provided herein is true and correct.

*T.A. Wilson*
Debtor's signature
Address: **164 Sagebrush Valley Rd**
**Hagerman, NM 88232**