UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re

Tabitha Allegra Wilson

        Debtor        Case No. 14-12626

**Debtor's Certification of Completion
of Postpetition Instructional Course in Personal Financial Management**[1]

*Every individual debtor in a chapter 7, chapter 11 in which section 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below.*

✓ I certify that on December 19, 2014 I completed an instructional course in personal financial management provided by 001 Debtoredu LLC, an approved provider of the course. A document attesting to the completion of the course is attached.

____ I certify that I am not required to complete an instructional course in personal financial management because:

    ____ I am incapacitated or disabled, as defined in 11 U.S.C. § 109(h), or
    ____ I am on active military duty in a military combat zone.

A copy of the order waiving this requirement is attached.

Date signed: 12/19/2014  Debtor's signature: T. Wilson

Debtor's address: 164 Sagebrush Valley Rd
Hagerman, NM 88232

**BY ORDER OF THE COURT, FILE THIS FORM IN LIEU OF OFFICIAL FORM 23**

---

[1] Completion of a course in personal financial management and the filing of a certification of completion with the court are required pursuant to 11 U.S.C. sections 727(a)(11) and 1328(g)(1) and NM Interim Bankruptcy Rules 1007(h)(7) and 4004 (c)(1)(h). Completion of the course is also required in chapter 11 cases of individuals whe re section 1141(d)(3) applies.

Certificate Number: 14912-NM-DE-024729327

Bankruptcy Case Number: 14-12626


14912-NM-DE-024729327

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 19, 2014, at 8:23 o'clock AM EST, Tabitha Wilson completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of New Mexico.

Date: December 19, 2014      By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor